IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GERALD DUNCAN, JR., )
)
   Plaintiff, )
)
v. ) CASE NO. CV423-109
)
CHATHAM COUNTY SUPERIOR COURT, )
)
   Defendant. )
_____)

O R D E R

Before the Court is the Magistrate Judge's May 17, 2023, Report and Recommendation (Doc. 6), to which no objections have been filed. After a careful review of the record,[1] the Report and Recommendation (Doc. 6) is **ADOPTED** as the Court's opinion in this case. Plaintiff's Complaint is **DISMISSED**. (Doc. 1.) The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this  6th  day of July 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam)) (outlining the standard of review for report and recommendations).